Albert Pak (NY Bar No. 5540273)
PAK HEINZ PLLC
2200 Wilson Blvd Suite 602
Arlington, VA 22201
Telephone: (202) 505-6360
Albert.Pak@pakheinz.com

*Attorneys for Relator*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES ex rel. UNDER SEAL,<br><br>Plaintiff[s],<br><br>v.<br><br>UNDER SEAL,<br><br>Defendant[s]. | Case No: [to be assigned]<br><br>FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730<br><br>**JURY TRIAL DEMANDED** |

**PROOF OF SERVICE**

I, Albert Pak, declare:

1. I am at least 18 years old and am not a party to this action.

2. On August 28, 2026, I caused the Complaint, Written Disclosure Statement, and a cover letter to be mailed by United States Postal Service Certified Mail, Return Receipt Requested upon the Attorney General of the United States and upon the Civil Process Clerk for the United States Attorney's Office for the Southern District of New York.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2026, at Arlington, Virginia.

Albert Pak